JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 12-801 JVS (JPRx)                              Date  July 20, 2012

Title  Singer v. Wells Fargo Bank, N.A. et al.

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   Order Remanding Case to Superior Court of the State of California for the County of Orange

    The Court has considered Wells Fargo's response to the Order to Show Cause that the Court issued on July 11, 2012.  (Docket No. 8.)  For the reasons cited in Gary Leland Greenlee v. Wells Fargo, SACV 12-789 JVS (DTBx) (Docket No. 14), this Court remands the case to the Superior Court of the State of California for the County of Orange.

    IT IS SO ORDERED.

|   |   |   | 0 | : | 00 |
|---|---|---|---|---|---|
|   | Initials of Preparer | kjt |   |   |   |